RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 14 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IH3 Property Georgia LP,<br>c/o The Totten Firm, 5579 Chamblee Dunwoody Rd<br>Ste B-136, Atlanta, Georgia 30338,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY GRAY, AND ALL OTHER OCCUPANTS,<br>3978 Otter Dam Ct,<br>Atlanta, Georgia 30349,<br><br>Defendant/Removing Party. | Civil Action No.: ____________<br><br>(Removed from Magistrate Court of Fulton County, State of Georgia,<br>Case No. 26ED397867)<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>1:26-CV-5279 |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION:

Defendant BRITTANY GRAY (hereinafter "Defendant"), appearing pro se, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, removing the above-captioned EXPEDITED dispossessory action from the Magistrate Court of Fulton County, State of Georgia (Case No. 26ED397867) to this Court.

**I. STATE COURT PROCEEDINGS**

1. On or about August 17, 2026, Plaintiff IH3 Property Georgia LP, by and through its attorney Matthew F. Totten, Bar No. 798589, The Totten Firm, 404-905-6577, mft@tottenfirm.com, filed an EXPEDITED Dispossessory Affidavit against Defendant in the Magistrate Court of Fulton County, State of Georgia, assigned Case No. 26ED397867.

2. The dispossessory action was filed in the Dispossessory Division, 185 Central Avenue, SW TG100, Atlanta, Georgia 30303, and concerns Defendant's tenancy at 3978 Otter Dam Ct, Atlanta, Georgia 30349 ("the Property").

3. This Notice of Removal is timely filed within thirty (30) days of Defendant's receipt of process, as required by 28 U.S.C. § 1446(b).

## II. PLAINTIFF'S CLAIMS IN THE STATE COURT ACTION

4. In the dispossessory affidavit, Plaintiff alleges that Defendant is a holdover tenant and tenant at sufferance.

5. Plaintiff demands: (a) possession of the premises; (b) past due rent of $3,146.75 for August 2026; (c) rent accruing at $2,225.00 per month; (d) late fee of $115.00 per month, utilities as incurred, court costs, and attorney fees.

6. Defendant notes that Plaintiff's stated grounds — holdover and tenant at sufferance, as opposed to nonpayment — are difficult to reconcile with Plaintiff's simultaneous demand for past due rent and monthly accrual, and Defendant reserves the right to challenge the basis and calculation of Plaintiff's claims.

## III. BASIS FOR FEDERAL JURISDICTION

This Court has original jurisdiction over this matter on the following grounds:

**A. Federal Question Jurisdiction — 28 U.S.C. § 1331**

This action arises under the Constitution and laws of the United States. Defendant asserts defenses and counterclaims arising under federal law, including but not limited to:

(a) The Fair Housing Act, 42 U.S.C. §§ 3604 and 3617, which prohibits discriminatory housing practices and retaliatory eviction based on protected class status;

(b) 42 U.S.C. § 1983 — deprivation of civil rights under color of state law, including Defendant's rights under the Fourteenth Amendment to the United States Constitution (due process and equal protection);

(c) The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, et seq., if applicable;

(d) Such other federal statutes and constitutional provisions as Defendant may identify upon further review and discovery.

**B. Supplemental Jurisdiction — 28 U.S.C. § 1367**

To the extent any claims herein arise under state law, this Court has supplemental jurisdiction over such claims as they form part of the same case or controversy.

## IV. VENUE

7. Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441(a), because the Magistrate Court of Fulton County is located within this District and Division.

## V. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Dispossessory Affidavit (filed August 17, 2026), are attached hereto as Exhibit A.

9. Pursuant to 28 U.S.C. § 1446(d), promptly upon filing this Notice, Defendant will file a copy with the Clerk of the Magistrate Court of Fulton County, State of Georgia and serve a copy upon Plaintiff's counsel, Matthew F. Totten, Bar No. 798589, The Totten Firm, 404-905-6577, mft@tottenfirm.com.

10. Defendant has not previously sought removal or similar relief in any federal court regarding this dispossessory action.

## VI. RESERVATION OF RIGHTS AND DEFENSES

By filing this Notice of Removal, Defendant does not waive any defenses, objections, or counterclaims available under applicable law.

## VII. PRAYER FOR RELIEF

WHEREFORE, Defendant BRITTANY GRAY respectfully requests that this Court:

(a) Accept removal of this action from the Magistrate Court of Fulton County, Georgia;

(b) Assume full jurisdiction over this matter;

(c) Stay all proceedings in the Magistrate Court of Fulton County, Georgia pending resolution; and

(d) Grant such other and further relief as this Court deems just and proper.

Respectfully submitted, this _______ day of _______________, 2026.

**BRITTANY GRAY, Defendant Pro Se**
3978 Otter Dam Ct
Atlanta, Georgia 30349
Phone: (678) 656-4739
Email: Gernishadavis@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _______ day of _______________, 2026, I served a copy upon Plaintiff's counsel Matthew F. Totten, Bar No. 798589, The Totten Firm, 404-905-6577, mft@tottenfirm.com by U.S. Mail / Hand Delivery / Email, and filed a copy with the Clerk of the Magistrate Court of Fulton County, State of Georgia, Case No. 26ED397867.

**BRITTANY GRAY, Defendant Pro Se**

---

**EXHIBIT A — Dispossessory Affidavit, Fulton County Magistrate Court, Case No. 26ED397867 (attach copies here)**

**Magistrate Court of Fulton County, State of Georgia**

Proceeding Against Tenant Holding Over

Dispossessory Division
185 Central Avenue, SW TG100
Atlanta, GA 30303
(404) 613-5360
Magistratefulton.org

Fulton County Magistrate Court
***E-FILED***CT
Date: 8/17/2026 1:13 AM
Che Alexander, Clerk
26ED397867

IH3 PROPERTY GEORGIA LP
C/O TOTTEN FIRM 5579 CHAM-D'WOODY RD,
STE B-136
ATLANTA, GA 30338
404-905-6577 MFT@TOTTENFIRM.COM

26ED397867

VS.

CASE # 26ED397867

BRITTANY GRAY, AND ALL OTHER OCCUPANTS
3978 OTTER DAM CT
ATLANTA GA 30349

**EXPEDITED**
**Attorney:** MATTHEW TOTTEN / 798589

THE TOTTEN FIRM
**Ref ID:**

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated.
2. Affiant is the ATTORNEY
3. Tenant: HOLDOVER, TENANT AT SUFFERANCE
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

**Wherefore, Plaintiff Demands:**

a) Possession of the Premises
b) Past due rent of $3146.75 for the months of AUGUST
c) Rent accruing up to the date of judgment of vacancy at the rate of $2225.00 per month
d) Other: LATE FEE 115/MO, UTILS AS INCURRED, CT COSTS, ATTY FEES

"By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct."
AFFIANT: /s/ Matthew F. Totten 08-17-2026

## SUMMONS

**To the Marshal** of the Magistrate Court of Fulton County or his lawful deputies, and to the Sheriff of Fulton County or his lawful deputies. **Greetings:** The tenant must file either an oral or written Answer either online or at Room TG100, 185 Central Avenue S.W. Atlanta, Georgia 30303 between 8:30 A.M. and 5:00 P.M. within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53. If no Answer is made, a writ of possession shall issue instanter. **WITNESS** the Honorable Chief Judge of Said Court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto.

**Date** 8/17/2026

Deputy Clerk

## PRIVATE PROCESS SERVER/SHERIFF/MARSHAL ENTRY OF SERVICE

I certify that I have served the foregoing Dispossessory Affidavit & summons on the Defendant by delivering a copy of same:
( ) Personally ( ) Defendant not found at/within Address on said Summons and Affidavit
( ) Notoriously upon an individual residing at the premises (Name) ____________ Age: _____ Wt: _____ Ht: _____
( ) Tack and Mail: By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant to Answer at the hour & place in said summons.

**Date of Service:** 8· ~~19~~ 21 · 26 **Defendant to answer on or before:** 8· ~~26~~ 28 · 26

______________________

**Process Server/Sheriff/Marshal**