**Lindsey Tonthat**

---

**From:** no-reply@efilingmail.tylertech.cloud
**Sent:** Wednesday, September 16, 2026 11:04 AM
**To:** Lindsey Tonthat
**Subject:** Filing Submitted for Case: 26ED397867; IH3 PROPERTY GEORGIA LP vs. BRITTANY GRAY,AND ALL OTHER OCCUPANTS; Envelope Number: 22942896

CAUTION - EXTERNAL:

# Filing Submitted

Envelope Number: 22942896
Case Number: 26ED397867
Case Style: IH3 PROPERTY GEORGIA LP vs. BRITTANY GRAY,AND ALL OTHER OCCUPANTS

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Fulton County |
| **Date/Time Submitted** | 9/16/2026 11:03 AM EST |
| **Filing Type** | NOTICE |
| **Filing Description** | Order of Remand from United States District Court, Northern GA |
| **Type of Filing** | EFile |
| **Filed By** | Lindsey Tonthat |
| **Filing Attorney** | Kevin Weimer |

**Fee Details**

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

| | |
|---|---|
| Waiver Selected | |
| Case Fees | $0.00 |
| NOTICE | $0.00 |
| Grand Total | $0.00 |

**Total:**$0.00

| Document Details | |
|---|---|
| **Lead Document** | Remand Order.pdf |
| **Lead Document Page Count** | 4 |
| **File Copy** | Download Document |
| This link is active for 180 days. | |

For technical assistance, contact your service provider

Need Help? Help

No Lawyer? Start Here
Visit: https://georgia.tylertech.cloud/ofsweb
Email:efiling.support@tylertech.com

Please do not reply to this email. It was automatically generated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.