IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 29 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**BRITTANY GRAY,**
Defendant (Pro Se),

v.

**IH3 PROPERTY GEORGIA LP,**
Plaintiff.

**Case No. 1:26-cv-05279-VMC**

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Defendant Brittany Gray, appearing pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) for a ten (10) day extension of time to file objections to the Magistrate Judge's Final Report and Recommendation ("R&R") entered on September 15, 2026. In support thereof, Defendant states as follows:

### I. INTRODUCTION

Defendant is a pro se litigant without legal training or experience in federal court procedure. The Magistrate Judge issued the Final Report and Recommendation on September 15, 2026, and Defendant received notice of the same. The current deadline for filing objections is September 29, 2026.

### II. ARGUMENT

**A. Good Cause Exists for the Requested Extension.**

Federal Rule of Civil Procedure 6(b)(1) provides that the Court may, for good cause, extend the time within which a party must act. Good cause exists here for the following reasons:

1. Defendant is proceeding pro se and lacks legal training necessary to adequately review and respond to the legal conclusions and recommendations contained in the R&R without the assistance of counsel.

2. Defendant is actively seeking to retain legal counsel to assist with filing proper objections to the R&R and needs additional time to consult with and secure the services of an attorney.

3. A brief ten (10) day extension will allow Defendant to obtain legal advice and, if possible, secure representation, ensuring that any objections filed are meaningful and assist the Court in its review.

4. Pro se litigants are entitled to have their pleadings construed liberally. See Haines v. Kerner, 404 U.S. 519, 520 (1972). Granting a short extension is consistent with the policy of affording pro se litigants a reasonable opportunity to present their claims.

**B. No Prejudice Will Result from the Extension.**

Plaintiff will suffer no prejudice from a ten (10) day extension. The case is in its early stages with respect to the objection period, and a brief delay will not impact the ultimate resolution of this matter. The interests of justice are best served by allowing Defendant a meaningful opportunity to present objections with the benefit of legal counsel.

### III. CONCLUSION

For the foregoing reasons, Defendant Brittany Gray respectfully requests that this Court grant a ten (10) day extension of time, up to and including October 9, 2026, within which to file objections to the Magistrate Judge's Final Report and Recommendation.

Respectfully submitted,

**BRITTANY GRAY (Pro Se)**
3978 Otter Dam Ct

Atlanta, GA 30349
Phone: (678) 656-4739
Email: Gernishadavis@yahoo.com
Date: 9/29/26

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served a true and correct copy of the foregoing Motion for Extension of Time upon counsel for Plaintiff via the Court's CM/ECF system and/or U.S. Mail.

Date: 29th September 2026

**BRITTANY GRAY (Pro Se)**