**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IH3 PROPERTY GEORGIA LP,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY GRAY,<br><br>Defendant. | Civil Action No.<br>1:26-cv-05279-VMC |

**ORDER**

Before the Court is Plaintiff's Motion for Extension of Time to File Objections to the final Report and Recommendation. (Doc. 7). The Court previously remanded and closed this case on September 16, 2026. For that reason, Plaintiff's Motion is **DENIED** as **MOOT**.

On September 16, 2026, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court conducted a careful, de novo review of the Magistrate Judge's recommendation in this case. The Magistrate Judge's report found that the Court does not have subject matter jurisdiction over this matter and it should therefore be remanded to state court. (Doc. 3). The Court cannot act beyond its statutory grant of subject matter jurisdiction and must "strictly construe removal statutes in favor of state court jurisdiction." *Kuhn v. Brunswick Corp.*, 871 F. Supp. 1444, 1446 (N.D. Ga. 1994); *see also Burns v. Windsor*

*Ins. Co.*, 31 F.3d 1092 (11th Cir. 1994). For this reason, the Court adopted the Magistrate Judge's Report and Recommendation to remand this case. (Doc. 5). The Court remanded this case to the Magistrate Court of Fulton County on September 16, 2026 and directed the Clerk to close the case.

This case is already closed. Plaintiff's Motion (Doc. 7) is **DENIED** as **MOOT**.

**SO ORDERED** this 1st day of October, 2026.

Victoria Marie Calvert
United States District Judge